Robert D. Phillips, Jr. (SBN 82639)
rphillips@reedsmith.com
Marytza J. Reyes (SBN 218684)
mreyes@reedsmith.com
Kathy J. Huang (SBN 240677)
khuang@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  213-457-8000
Facsimile:   213-457-8080

Attorneys for Defendant
Pacific Life & Annuity Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA CASTREJON,<br><br>             Plaintiff,<br><br>    vs.<br><br>PACIFIC LIFE & ANNUITY COMPANY; and DOES 1 through 50, inclusive,<br><br>             Defendant. | No.:  1:10-CV-01817-AWI-DLB<br><br>**STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE AND [PROPOSED] ORDER**<br><br>Compl. Filed:   August 17, 2010<br>Trial Date:      None set |

TO THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, PLAINTIFF AND DEFENDANT, THROUGH THEIR ATTORNEYS, FILE THIS STIPULATION AND PROPOSED ORDER.

1.    Plaintiff Julia Castrejon ("Plaintiff") initially filed this case, *Julia Castrejon v. Pacific Life & Annuity Company, et al.,* Case Number 1:10-CV-01817-AWI-DLB, in state court on August 17, 2009, containing a single cause of action for Breach of Contract for Defendant Pacific Life & Annuity Company's ("Pacific Life") purported failure to pay the benefits from Group Life and Accidental Death Insurance

Policy No. 74491 to the minor child, Alan A. Mata.

2. Pacific Life was served via process server with copies of the Summons and Complaint in the State Court Action on September 2, 2010, in Los Angeles, California.

3. On October 1, 2010, Pacific Life removed this action to this Court and, on that same date, this Court ordered the Parties to appear at a Mandatory Scheduling Conference on December 9, 2010, at 8:30 a.m.

4. The Parties are involved in settlement discussions and believe that they can resolve this matter within the next ninety (90) days. Accordingly, the Parties jointly request that the scheduling conference currently set for December 9, 2010, be postponed and continued to March 9, 2011, at 9:30 a.m., or such subsequent date as the Court may set.

5. No prior requests for continuances have been made.

Dated: _____                Reed Smith LLP

                                      By     /s/ Marytza J. Reyes
                                         Marytza J. Reyes

                                      Attorneys for Pacific Life Insurance Co.

Dated: _____

                                      By     /s/ Julia Castrejon
                                         Julia Castrejon

                                      In Propria Persona

IT IS SO ORDERED.

   Dated:  **December 10, 2010**                /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE
AND [PROPOSED] ORDER**