1  Robert D. Phillips, Jr. (SBN 82639)
   rphillips@reedsmith.com
2  Marytza J. Reyes (SBN 218684)
   mreyes@reedsmith.com
3  Kathy J. Huang (SBN 240677)
   khuang@reedsmith.com
4  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
5  Los Angeles, CA  90071-1514
   Telephone:  213 457 8000
6  Facsimile:    213 457 8080

7  Attorneys for Defendant
   PACIFIC LIFE & ANNUITY COMPANY
8

9  Julia Castrejon
   844 E. Thurman Avenue
10 Porterville, CA 93257
   (559) 789-9261
11
   Attorney for Plaintiff
12 Julia Castrejon, In Pro Per

13

14
               UNITED STATES DISTRICT COURT
15
               EASTERN DISTRICT OF CALIFORNIA
16

17 JULIA CASTREJON,                    Case No. 1:10-cv-01817-AWI-DLB

18                                     [Mag. Dennis L. Beck]
                    Plaintiff,
19                                     **STIPULATION TO DISMISS
         vs.                           ENTIRE CIVIL ACTION WITH
20                                     PREJUDICE; ORDER**

21
   PACIFIC LIFE & ANNUITY
22 COMPANY; and DOES 1 through 50,
   inclusive,
23
                    Defendant.
24

25

26

27

28

US_ACTIVE-104667860.2

**STIPULATION TO DISMISS ENTIRE CIVIL ACTION WITH PREJUDICE; [PROPOSED] ORDER**

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    IT IS HEREBY STIPULATED by and between Plaintiff JULIA CASTREJON

2  ("Plaintiff") and Defendant PACIFIC LIFE & ANNUITY COMPANY ("Pacific

3  Life"), through their respective counsel of record, that the above-entitled action be and

4  hereby is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1) of the

5  Federal Rules of Civil Procedure.  Each party shall bear her / its own attorneys' fees

6  and costs.

7

8    **IT IS SO STIPULATED.**

9

10  DATED:  December 15, 2010          REED SMITH LLP

11

12

13  By_____/s/ Marytza J. Reyes_____
    Robert D. Phillips, Jr.

14  Marytza J. Reyes
    Attorneys for Defendant

15  PACIFIC LIFE & ANNUITY COMPANY

16

17

18  DATED:  December 31, 2010          PLAINTIFF JULIA CASTREJON

19

20

21  By_____/s/ Julia Castrejon (by permission)__
    Julia Castrejon

22  PLAINTIFF, IN PRO PER

23

24

25

26

27

28

US_ACTIVE-104667860.2

**STIPULATION TO DISMISS ENTIRE CIVIL ACTION WITH PREJUDICE; [PROPOSED] ORDER**

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# ORDER

IT IS SO ORDERED.

Dated:   February 11, 2011                    _____
                                              CHIEF UNITED STATES DISTRICT JUDGE

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

US_ACTIVE-104667860.2

**STIPULATION TO DISMISS ENTIRE CIVIL ACTION WITH PREJUDICE; [PROPOSED] ORDER**